**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

DIVISION **ATLANTA**
(USAO 2002R01207)

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN UNITED STATES DISTRICT COURT

COUNTY NAME: **FULTON**       DISTRICT COURT NO. **1:06CR306**

MAGISTRATE CASE NO. _____

_X_ Indictment        __ Information        __ Magistrate's Complaint
DATE: June 28, 2006    DATE:                DATE:

| UNITED STATES OF AMERICA vs. **LINDA SMITH** | SUPERSEDING<br>Prior Case No. & Date Filed |
|---|---|

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 2 8 2006

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

VIOLATION:

COUNTS CHARGED:                TOTAL COUNTS:
(as to deft)                   (as to deft)
GREATER OFFENSE CHARGED:
_X_ Felony        __ Misdemeanor

**DEFENDANT:**

<u>IS NOT IN CUSTODY:</u>

1. _X_ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. __ Fugitive.
3. __ Is on bail or release from (district, state & date): _____

DATE OF ARREST: _____
   Or if arresting agency & warrant were not Federal: _____

DATE TRANSFERRED TO U.S. CUSTODY: _____
   Are there any outstanding warrants in this proceeding __ Yes __ No
   Date: _____        Issued by: _____

<u>IS IN CUSTODY:</u>

4. __ On this charge.
5. __ On another conviction.
6. Awaiting trial on other charges __ Yes __ No
   __ Federal   __ State
   If Yes, show name of institution _____
   Has detainer been filed __ Yes        __ No
   If Yes, give date _____

| ADDITIONAL INFORMATION OR COMMENTS: | MAGISTRATE: _____<br>JUDGE: _____<br>A.U.S.A.: **DAVID M. LETA**<br>DEFT'S ATTY: _____ |
|---|---|

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

cc:  Orig - Court file          BY: **DAVID M. LETA**
     Copy - U.S. ATTORNEY           Assistant United States Attorney
     Copy - Defense Attorney
                                DATE: June 28, 2006