U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. Atlanta
SEP 2 6 2006
JAMES N. HATTEN, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

DIVISION ATLANTA
(USAO 2002R01207)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN UNITED STATES DISTRICT COURT**

COUNTY NAME: FULTON

DISTRICT COURT NO. 1:06-CR-306 -11

MAGISTRATE CASE NO. _____

_X_ Indictment     __ Information     __ Magistrate's Complaint

DATE: September 26, 2006     DATE:     DATE:

| UNITED STATES OF AMERICA vs. **LINDA SMITH** | SUPERSEDING INDICTMENT 1:06-CR-306   June 28, 2006 Prior Case No. & Date Filed |
|---|---|

VIOLATION:

COUNTS CHARGED:
(as to deft)
GREATER OFFENSE CHARGED:
_X_ Felony     ___ Misdemeanor

TOTAL COUNTS:
(as to deft)

**DEFENDANT:**

IS NOT IN CUSTODY:

1. __ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. __ Fugitive.
3. _X_ Is on bail or release from (district, state & date): NDGA

DATE OF ARREST: _____
   Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
   Are there any outstanding warrants in this proceeding __ Yes __ No
   Date: _____     Issued by: _____

IS IN CUSTODY:

4. __ On this charge.
5. __ On another conviction.
6. __ Awaiting trial on other charges __Yes __No
   ____ Federal   __ State
   If Yes, show name of institution _____
   Has detainer been filed __ Yes   __ No
   If Yes, give date _____

| ADDITIONAL INFORMATION OR COMMENTS: | MAGISTRATE: _____<br>JUDGE: _____<br>A.U.S.A.: DAVID M. LETA<br>DEFT'S ATTY: Jeffrey L. Berhold |
|---|---|
| cc:  Orig - Court file<br>      Copy - U.S. ATTORNEY<br>      Copy - Defense Attorney | DAVID E. NAHMIAS<br>UNITED STATES ATTORNEY<br>BY: DAVID M. LETA<br>Assistant United States Attorney<br>DATE: September 26, 2006 |