# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN  
CLERK OF COURT

CRIMINAL SECTION  
404-215-1655

December 5, 2008

Jeffrey L. Berhold  
Jeffrey L. Berhold, P.C.  
Suite 1050  
1230 Peachtree Street  
Atlanta, GA  30309

     RE:    *USA v. Linda Smith*  
              Criminal No. 1:06-cr-306-JTC-11

Dear Mr. Berhold:

     Pursuant to Local Rule 79.1D(2), you are hereby notified that the documentary evidence and/or exhibits in the above styled case will be disposed of if you have not recovered same within 30 days.

     Please date and sign the enclosed copy of this letter to acknowledge receipt, specifying how the exhibits should be handled, and return the copy of this letter to this office in the attached envelope.

                          Sincerely,

                          James N. Hatten  
                          Clerk of Court

                          _s/Andrea Gee_  
                   By:  Andrea Gee  
                         Deputy Clerk

Receipt of the above letter is hereby acknowledged.

___ Exhibits will be picked up no later than _____ (date).

___ Exhibits may be destroyed.

Note:  If someone other than the attorney of record will be coming to the Courthouse to pick up exhibits, a letter of authorization from the attorney of record will be needed.

**EXHIBITS RECEIVED BY:** _____.

**THIS** _____ **DAY OF** _____, 200__.